IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



FILED
RICHARD W. NAGEL
CLERK OF COURT

2019 FEB 15 PM 2: 51

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:19CR35 |
| v. | : | JUDGE WALTER H. RICE |
| BROOKES RHODES (1)<br>IMANI FORD (2) | : | ORDER UNSEALING<br>INDICTMENT (R.18) FORWARD |
| | : | |

Upon motion of the United States, and for the reason that the above captioned defendant is in custody, the Indictment (R.18) forward in the above captioned case is hereby ordered unsealed.

DATE: 2·15·19

JUDGE WALTER H. RICE
UNITED STATES DISTRICT COURT