IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

IMANI FORD,

        Defendant.

:    Case No. 3:19cr35(2)

:    JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION FOR PRETRIAL RELEASE ON TERMS AND CONDITIONS (DOC. #59); RIGHT OF APPEAL EXPLAINED

---

Pursuant to discussions and the Court's reasoning set forth upon the record, during an April 10 and April 14, 2020, telephone conference calls between Court and counsel, this Court OVERRULES the Defendant Imani Ford's Motion for Pretrial Release on Terms and Conditions (Doc. #59). In ruling as aforesaid, this Court finds that there exists no condition or combination of conditions such as to guarantee the appearance of the Defendant when required and/or the safety of any other person and the community.

In ruling as aforesaid, this Court notes that, at the time of the commission of the alleged offense, Defendant was both on parole and on supervision by the Montgomery County Probation Department. As of the time of the telephone call on April 10th, the Pretrial Services Officer advised the Court and counsel that, while there was no present Parole Detainer on Defendant, one would be lodged immediately, should this Court order the Defendant's release. Apparently, the county probation department is willing to remove its Detainer, should the Court decide to

release Defendant.

Defendant's counsel believes he has an argument that Defendant's parole has expired. He is currently trying to obtain verification of this from the parole authority.

Accordingly, the question of bond for this Defendant appears to be a moot issue and, therefore, this Court OVERRULES the Defendant's motion, without prejudice to renewal, should the Adult Parole Authority determine not to re-lodge a detainer against him in his present place of confinement.

Defendant, to whom a copy of this Entry is sent, is advised that he has fourteen days from the filing of this Decision and Entry to appeal this Court's decision rendered herein to a higher court. He is entitled to the services of an attorney to aid him in such an appeal. Should he wish to appeal and desires an attorney to represent him, the Court will appoint an attorney for him, at no cost, to assist him in such an appeal.

April 28, 2020         WALTER H. RICE
                       UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Marie Sebatware, US Pretrial Services Officer
Imani Ford, c/o Montgomery County Jail, 330 W. 2nd Street, Dayton, OH 45422