IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                  Case No.   3:19cr35(2)

IMANI FORD,                         JUDGE WALTER H. RICE

        Defendant.

---

ORDER GRANTING DEFENDANT FURLOUGH FOR LIMITED PURPOSE

---

    It is the order of this Court that Defendant be furloughed from the Montgomery County Jail at 9:00 a.m. on Thursday, June 18, 2020 to be picked up by his mother, Tina Jennings, whose phone number is 937-671-1594. Defendant is to be taken directly to the Ohio Deputy Registrar, Bureau of Motor Vehicles, 451 West Third Street, Dayton, Ohio 45422 for renewal of his driver's license.

    Defendant is to be immediately returned to the Montgomery County Jail after renewal of his driver's license, not later than 12:00 p.m. on June 18, 2020. It is the request of this Court that the personnel at the Montgomery County Jail do all in their power to facilitate the carrying out of this Order.

June 16, 2020                                            *Walter H. Rice*    (tp - per Judge Rice authorization after his review)

                                                        WALTER H. RICE
                                                        UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
U.S. Marshal Office
Montgomery County Jail