IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | Case No. 3:19CR35(2) |
| vs. | : | |
| IMANI FORD, | : | ORDER |
| Defendant. | : | |

The United States has filed a motion to dismiss the Indictment against this defendant only. For good cause shown, the Court hereby orders that the Indictment as to Imani Ford only be dismissed without prejudice.

_____  (tp - per Judge Rice authorization after his review)
Honorable Walter H. Rice
United States District Court Judge