IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:19cr35(2) |
| Plaintiff, | : | |
| v. | : | |
| IMANI FORD, | : | JUDGE WALTER H. RICE |
| Defendant. | : | |

ENTRY

Upon dismissal of this action by the United States, this Court directs the United States Marshal to release the defendant from its custody on the captioned case.

July 17, 2020

*(signature)* (tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE